

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:       Kenneth Dortch v. Boxer Property Management Corporation

Appellate case number:    01-17-00148-CV

Trial court case number:   2015-10546

Trial court:                333rd District Court of Harris County

Appellant has neither paid the appellate filing fee nor the fee for preparation of the clerk's record. Appellant's notice of appeal claims that "appellant is presumed indigent and may proceed without paying costs under Rule 20.1" for purposes of this appeal. But the presumption that indigent status at trial carries forward on appeal is inapplicable to this case because appellant never requested to be deemed indigent during trial. *See* TEX. R. APP. P. 20.1(b) ("A party who filed a Statement of Inability to Afford Payment of Court Costs in the trial court is not required to pay costs in the appellate court unless the trial court overruled the party's claim of indigence in an order that complies with Texas Rule of Civil Procedure 145."). Rather that requesting to be found indigent a trial, appellant filed a post-trial Statement of Inability to Afford Payment of Court Costs or An Appeal Bond with the trial court regarding appellate costs. Appellee has notified this Court that it filed an objection with the trial court to appellant's statement.

We direct the trial court to rule upon appellant's Statement of Inability to Afford Payment of Court Costs or An Appeal Bond and appellee's objection within **10 days of this order**. The trial-court clerk is directed to file with this Court a clerk's record on indigence containing the trial court's signed order ruling on the Statement of Inability to Afford Payment of Court Costs or An Appeal Bond and any other documents directly related to the question of the indigence status of appellant. *See* TEX. R. APP. P. 34.5(c)(1). The clerk's record on indigence is due to be filed in the First Court of Appeals no later than **June 30, 2017.**

It is so ORDERED.


Judge's signature: /s/ Rebeca Huddle
                    ☑ Acting individually     ☐ Acting for the Court


Date:  June 13, 2017